FILED

APR 09 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. **W19CR126** |
| Plaintiff, | * | INDICTMENT |
| V. | * | [VIO: COUNT ONE: 21 U.S.C. 846 {21 U.S.C. 841(a)(1) & 841(b)(1)(A)(viii); 21 U.S.C. 841(a)(1) & 841(b)(1)(B)(viii)} – Conspiracy to Possess With Intent to Distribute and Distribution of Methamphetamine, a Schedule II Controlled Substance; COUNT TWO: 18 U.S.C. 924(c)(1)(A)(i) – Possession of a Firearm During the Commission of a Drug Trafficking Crime; COUNT THREE: 18 U.S.C. 922(g)(1) & 924(a)(2) – Possession of a Firearm by a Convicted Felon] |
| CHRISTOPHER ANDREW YOUNG (1) JOE AARON HOLMESLEY (2) STEVEN RAY GLENDENING (3) SHIANNE LANE GLENDENING (4) LANA K. CROWN (5) EUGENIA KAY HEARD (6) JEREMY BOYD KING (7) | * | |
| Defendants | * | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[21 U.S.C. 846
{21 U.S.C. 841(a)(1) & 841(b)(1)(A)(viii)
21 U.S.C. 841(a)(1) & 841(b)(1)(B)(viii)}]

Beginning in or about September, 2018, the exact date unknown to the Grand Jury, and continuing until the present time, in the Western District of Texas and elsewhere, Defendants,

**CHRISTOPHER ANDREW YOUNG,
JOE AARON HOLMESLEY,
STEVEN RAY GLENDENING,
SHIANNE LANE GLENDENING,
LANA K. CROWN,
EUGENIA KAY HEARD,
and
JEREMY BOYD KING,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with each other and others, to the Grand Jury known and unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 846, that is to say, they conspired to possess with intent to distribute and to distribute at least 500 grams of a mixture or

substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Section 841(a)(1).

### QUANTITY OF CONTROLLED SUBSTANCE INVOLVED IN THE CONSPIRACY

The quantity of the mixture or substance containing Methamphetamine involved in the conspiracy and attributable to each Defendant as a result of each Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to each Defendant is as follows:

| DEFENDANT | QUANTITY | STATUTE |
|---|---|---|
| CHRISTOPHER ANDREW YOUNG (1) | At least 500 grams | 21 U.S.C. § 841(b)(1)(A)(viii) |
| JOE AARON HOLMESLEY (2) | At least 500 grams | 21 U.S.C. § 841(b)(1)(A)(viii) |
| STEVEN RAY GLENDENING (3) | At least 500 grams | 21 U.S.C. § 841(b)(1)(A)(viii) |
| SHIANNE LANE GLENDENING (4) | At least 50 grams | 21 U.S.C. § 841(b)(1)(B)(viii) |
| LANA K. CROWN (5) | At least 500 grams | 21 U.S.C. § 841(b)(1)(A)(viii) |
| EUGENIA KAY HEARD (6) | At least 500 grams | 21 U.S.C. § 841(b)(1)(A)(viii) |
| JEREMY BOYD KING (7) | At least 500 grams | 21 U.S.C. § 841(b)(1)(A)(viii) |

All in violation of Title 21, United States Code, Section 846.

### COUNT TWO
### [18 U.S.C. 924(c)(1)(A)(i)]

On or about February 12, 2019, in the Western District of Texas, the Defendant,

### CHRISTOPHER ANDREW YOUNG,

did knowingly possess the following firearm, to-wit:

A Smith & Wesson, 9mm firearm, bearing serial number HVV7881;

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to-wit: *Conspiracy to Possess With Intent to Distribute and Distribution of Methamphetamine, a Schedule II Controlled Substance*, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), all in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

### COUNT THREE
### [18 U.S.C. 922(g)(1) & 924(a)(2)]

On or about February 12, 2019, in the Western District of Texas, the Defendant,

## CHRISTOPHER ANDREW YOUNG,

being a person who had been convicted of at least one of the following crimes, punishable by imprisonment for a term exceeding one year, to-wit:

> On September 23, 2015, CHRISTOPHER ANDREW YOUNG was convicted of *Deadly Conduct* in the 87th Judicial District Court of Leon County, Texas, in Cause Number CM-14-231;

> On December 18, 2017, CHRISTOPHER ANDREW YOUNG was convicted of *Possession of Controlled Substance* in the 147th Judicial District Court of Travis County, Texas, in Cause Number D-1-DC-17-207920;

did unlawfully and knowingly possess the following firearm, to-wit:

> A Smith & Wesson, 9mm firearm, bearing serial number HVV7881;

which had moved in commerce and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

**SEALED DOCUMENT PURSUANT TO E-GOVERNMENT ACT OF 2002**

_____
FOREPERSON

JOHN F. BASH
UNITED STATES ATTORNEY

*Stephanie Smith-Burris*
By:  STEPHANIE SMITH-BURRIS
     Assistant United States Attorney