# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 28, 2022
Lyle W. Cayce
Clerk

No. 20-51039
Summary Calendar

─────────────

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

LANA K. CROWN,

*Defendant—Appellant.*

─────────────

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:19-CR-126-5

─────────────

Before SOUTHWICK, OLDHAM, and WILSON, *Circuit Judges*.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

Certified as a true copy and issued
as the mandate on Apr 19, 2022

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 28, 2022
Lyle W. Cayce
Clerk

No. 20-51039
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

LANA K. CROWN,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:19-cr-126-5

Before SOUTHWICK, OLDHAM, and WILSON, *Circuit Judges*.

PER CURIAM:[*]

Lana K. Crown pleaded guilty to a drug crime. She timely appealed. Her attorney moved to withdraw under *Anders v. California*, 386 U.S. 738 (1967). *See also United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Our court denied that motion, holding the case involved one nonfrivolous issue:

---

[*] Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

"whether the conditions of supervised release identified in the written judgment as 'Mandatory Conditions' and 'Standard Conditions' constitute discretionary conditions that the district court did not orally pronounce at sentencing." *United States v. Crown*, No. 20-51039 (July 23, 2021) (citing *United States v. Diggles*, 957 F.3d 551, 556–63 (5th Cir. 2020) (en banc)). The parties have now briefed that issue.

In the interim, our court has determined that failing to pronounce standard conditions that are contained in a district's standing order is not error. *See United States v. Martinez*, 15 F.4th 1179, 1180–81 (5th Cir. 2021). Crown contests four conditions, but she does not contest that each of those conditions is contained in a Western District of Texas standing order.

Accordingly, the judgment of the district court is AFFIRMED.

## United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

April 19, 2022

Ms. Jeannette Clack  
Western District of Texas, Waco  
United States District Court  
800 Franklin Avenue  
Waco, TX 76701

    No. 20-51039   USA v. Crown  
                          USDC No. 6:19-CR-126-5

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          /s/ Lisa E. Ferrara  
                          By: _____  
                          Lisa E. Ferrara, Deputy Clerk  
                          504-310-7675

cc:  
    Mr. Joseph H. Gay Jr.  
    Mr. Neeraj Kumar Gupta  
    Mr. Shannon Charles Hooks  
    Mr. Zachary Carl Richter